1 | ZHENG_ChunZhu.rem


**FILED**
DISTRICT COURT OF GUAM

JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00315 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE AND FINE |
| CHUN ZHU ZHENG, | ) | [18 U.S.C. § 3573] |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee and fine earlier imposed upon Defendant CHUN ZHU ZHENG and in support hereof, states as follows:

1. On May 11, 1999, sentence was imposed by this Court against Defendant CHUN ZHU ZHENG. Among other things, a $100.00 special assessment fee and a $500.00 fine were ordered. The total amount now owed by said Defendant is $600.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, CHUN ZHU ZHENG, was deported to China on February 1, 2000. See Exhibit "A."

//

3. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee and fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee and fine.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee and fine imposed upon Defendant CHUN ZHU ZHENG.

DATED this 25th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
            A-NUM : 076279536           LAST-NAME  : ZHENG
            NATLTY: CHINA               FIRST-NAME : CHUN ZHU

   DATE-DOCKET-CLEARED: 02/21/2000      DEPART-CLEARED-STAT: 8

        TRANSFER-TO-DCO:                DATE-DOCKET-TRANSFER:

          DATE-DEPARTED: 02/01/2000            PORT-DEPARTED: AGA

        DEPART-COUNTRY: CHINA       FINAL-CHARGE: I6A    EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

EXHIBIT A