```
ZHENG_ChunZhu.ord
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 98-00315 |
| Plaintiff, | |
| v. | **O R D E R** |
| CHUN ZHU ZHENG, | Re: United States Petition to Remit Special Assessment Fee and Fine |
| Defendant. | |

Based upon the Plaintiff's Petition to Remit the Special Assessment Fee and Fine, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the fine and special assessment fee are not likely to be effective. Likewise, the Court finds that it is in the interest of justice to remit the defendant's unpaid special assessment fee and fine. Accordingly, the Court orders that the defendant's fine and special assessment fee inclusive of any interest or penalties are hereby remitted.

**SO ORDERED** this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**